AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LOUIS CHARLES YOUNGLOVE,<br><br>*Defendant.* | )<br>)  Case No. 21-<br>)  ~~20~~-6067-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of **February 4, 2021** in the county of **Broward** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin C. Kalarchian, Special Agent, HSI
*Printed name and title*

Sworn to before me telephonically.

DATE: February 8, 2021

*Judge's signature*

City and state: Fort Lauderdale, Florida
Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin C. Kalarchian, being duly sworn, depose and state the following:

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since September of 2019. Previously, I was employed as a Special Agent by the United States Secret Service ("USSS"), from 2017 until 2019. Prior to that, I was employed as a Police Officer by the Town of Davie Police Department from 2012 until 2017. I am empowered by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and I am empowered by law to conduct investigations of, and make arrests for, offenses against the United States of America, including violations of Title 8, 18, and 19, United States Code. I am also empowered by a Memorandum of Understanding with the Drug Enforcement Administration ("DEA") to conduct investigations of narcotics violations under Title 21, United States Code.

2. This affidavit is for the limited purpose of establishing probable cause that **LOUIS CHARLES YOUNGLOVE ("YOUNGLOVE")** did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

3. The information contained in this Affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. Because this Affidavit is provided solely for the purpose of establishing probable cause, it sets forth only those material facts that I believe are necessary to establish probable cause and does not include all the details of the investigation of which I am aware.

## PROBABLE CAUSE

### *Initial Investigation*

4. Beginning in and around May 2020, law enforcement received information that Louis Charles Younglove ("YOUNGLOVE") was actively selling narcotics in Broward County,

1

including from his restaurant business, "Chi-Town", located at 334 East McNab Road, Pompano Beach, Florida 33060 ("Chi-Town").

5. Between in and around May 2020, through February 2021, in a series of undercover buys, a Confidential Human Source ("CHS") purchased narcotics from YOUNGLOVE. Additionally during this time, law enforcement conducted surveillance and traffic stops on individuals that purchased narcotics from YOUNGLOVE.

### *Law Enforcement Encounters YOUNGLOVE*

6. On or about February 4, 2021, surveillance was conducted on YOUNGLOVE's residence located at 181 Northeast 51st Street, Oakland Park, Florida 33334 ("the Residence"). YOUNGLOVE was observed entering his vehicle, identified as a white Toyota Tundra with Florida Tag "PGTW01" (the "Vehicle"), carrying a large black duffle bag. YOUNGLOVE departed the Residence, while law enforcement maintained surveillance.

7. Shortly thereafter, a traffic stop was conducted on YOUNGLOVE's Vehicle. Present on scene, at the time of the traffic stop, was a police narcotics canine who alerted to the presence of narcotics inside the Vehicle. A search of the Vehicle, and the black duffle bag, revealed, among other things, the following:

   a. Approximately 162 grams of cocaine, individually pre-packaged into 109 small baggies;

   b. Approximately 15 grams of fentanyl, individually pre-packaged into 37 small baggies;

   c. Approximately 44 grams of MDMA;

   d. Approximately 7 grams of Oxycodone pills;

   e. Approximately 122 grams of Hydrocodone pills;

      f. Approximately 450 Xanax pills, verified by Poison Control; and

      g. Approximately $18,474.00 in United States currency, wrapped in quick count bundles and in various denominations, consistent with the packaging of proceeds derived from narcotics trafficking.

9. Each of the above substances were confirmed by way of a field-test and/or were verified by Poison Control.

10. Post-*Miranda*, YOUNGLOVE admitted that he had additional cocaine and "stuff" located in his bedroom closet at his Residence.

### *Search of YOUNGLOVE's Residence*

11. Law enforcement obtained a state search warrant for YOUNGLOVE's Residence, which was executed on or about February 4, 2021. Although not exhaustive, the search revealed the following in YOUNGLOVE's bedroom:

      a. Several documents with YOUNGLOVE's name, including his Florida Driver License card and several pieces of mail addressed to YOUNGLOVE at this Residence;

      b. Approximately 768 grams of cocaine;

      c. Approximately 69 grams of heroin;

      d. Approximately 319 grams of Xanax pills;

      e. Approximately 8 grams of MDMA;

      f. Approximately $487,609.00 in United States currency, which was in quick count bundles and in various denominations, consistent with the packaging of proceeds derived from narcotics trafficking; and

3

    g. Small and medium sized plastic bags, and digital scales, consistent with those used for drug packaging and distribution.

12. Each of the above substances were confirmed by way of a field-test and/or were verified by Poison Control.

## CONCLUSION

13. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about February 4, 2021, LOUIS CHARLES YOUNGLOVE knowingly and willfully possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Justin C. Kalarchian
Special Agent
Homeland Security Investigations

Sworn to before me telephonically this __8th__
day of February, 2021.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4