

**EXHIBIT B**