UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MJ-06067-LSS

**UNITED STATES OF AMERICA**

vs.

**LOUIS CHARLES YOUNGLOVE,**

    **Defendant.**
_____/

## JOINT MOTION TO CONTINUE ARRAIGNMENT

The United States of America, by and through undersigned Assistant United States Attorney, hereby files this Joint Motion to Continue Arraignment, and respectfully moves this Court for an Order continuing the Arraignment in the above-referenced matter.

1. On February 9, 2021, the Defendant was charged by way of a criminal complaint, with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) (DE:1).

2. Defendant's initial appearance occurred on February 10, 2021, and Defendant proceeded to a detention hearing on February 17, 2021, whereby the Court ordered the Defendant detained pending trial (DE:9).

3. The Court scheduled Arraignment for February 24, 2021 (DE:5).

4. The Chief Judge for the Southern District of Florida entered several administrative orders continuing jury trials and trial deadlines due to the COVID-19 pandemic. Specifically, on February 10, 2021, the most recent order, Administrative Order 2021-12 ("AO 2021-12"), continued all jury trials "scheduled to begin on or after March 30, 2020. . . until May 3, 2021." AO 2021-12 also continued all "trial-specific deadlines in criminal cases scheduled to begin before

1

May 3, 2021 . . . pending further Order of the Court." AO 2021-12 lastly advised that there be "no more than two grand jury sessions per week." Administrative Order 2021-12, ¶ 6,7,14.

5. To date, the Defendant has not been indicted nor has an Information been filed in this case.

6. Based on the foregoing, and the time constraints with which the United States has in presenting this case to the Grand Jury, the United States request that this Court continue the Defendant's Arraignment until the end of March 2021.

7. The United States further requests, as supported by AO 2021-12, that the time period of any continuance entered as a result of AO 2021-12 should be excluded under the Speed Trial Act as the continuance serves the ends of justice and outweighs the interests of the parties and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); *see also* Administrative Order 2020-41, ¶ 15; Administrative Order 2020-24, ¶ 6; Administrative Order 2020-21, ¶ 6; Administrative Order 2020-18, ¶ 6.

8. The undersigned has spoken with counsel for the defense, and he has indicated that he does not object to this motion.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:    */S/ Brooke Elise LAtta*_____
       BROOKE ELISE LATTA
       Assistant United States Attorney
       Florida Bar No. 105315
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                                   */S/ Brooke Elise Latta*
                                                   BROOKE ELISE LATTA
                                                   Assistant United States Attorney